**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Newnan Division**

In Re: Debtor(s)
**Michael Johnson**
44 Homer Johnson Rd
Newnan, GA 30265

Case No.: **10−11878−whd**
Chapter: **13**
Judge: **W. Homer Drake**

**xxx−xx−0129**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel (if any), the Chapter 13 Trustee and all creditors and other parties in interest.

Dated:  February 10, 2011

_____
W. Homer Drake
United States Bankruptcy Judge

Form 133a